THE MONTANA POWER COMPANY, a MONTANA CORPORATION, PLAINTIFF, v. WILLIAM BOKMA, MARY JANE BOKMA, AKA MARYJANE BOKMA, INDIVIDUALLY AND AS WIFE OF WILLIAM BOKMA, PETER BOKMA AND LENORA B. BOKMA, HUSBAND AND WIFE, AND LLOYD RONALD BOKMA, AKA RONALD L. BOKMA, AND KAREN KAY BOKMA, HUSBAND AND WIFE, DEFENDANTS, AND WATCHTOWER BIBLE AND TRACT SOCIETY, INC., A CORPORATION, ET AL., DEFENDANTS, AND PARLEY R. STOKES, AKA PARLEY STOKES, A SINGLE MAN, THE FEDERAL LAND BANK OF SPOKANE, A CORPORATION, AND CONRAD PRODUCTION CREDIT ASSOCIATION, A CORPORATION, DEFENDANTS, MARY I. MACLEAN, A WOMAN, AND MARGARET J. MACLEAN, A WOMAN, INDIVIDUALLY, AND AS CO-PARTNERS DOING BUSINESS UNDER THE NAME OF MACLEAN RANCH, A CO-PARTNERSHIP; AND MACLEAN RANCH, A CO-PARTNERSHIP, COMPOSED OF MARY I. MACLEAN AND MARGARET J. MACLEAN, PARTNERS, DEFENDANTS.

No. 11645.
Decided March 17, 1969.
451 P.2d 833.

PER CURIAM:

The above named defendants by petition seek an injunction pendente lite in the various consolidated causes upon appeal to this Court. Counsel was heard ex parte and the matter taken under advisement.

It is ordered that the relief sought be denied and that this proceeding be dismissed.

See 153 Mont., 457 P.2d 769.